UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
PEDRO NEGRONSOTO

                        Plaintiff,

     -against-                    07 CV 4627 (DLI) (RLM)

WOLPOFF & ABRAMSON, L.L.P.       **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

                        Defendant.
-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The claims of any putative class members are dismissed without prejudice.

                                                             WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER LLP

Adam J. Fishbein, P.C. (AF-9508)       Thomas A. Leghorn (TAL-6244)
Attorney At Law                             **Attorneys for the Defendant**
**Attorney for the Plaintiff**                3 Gannet Drive
483 Chestnut Street                          White Plains, New York 10604
Cedarhurst, New York 11516             914-323-7000
516-791-4400

SO ORDERED:

_____
U.S.D.J.